IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| GARY B. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:03-cv-1203-F |
| ) | WO |
| SOUTHEAST ALABAMA MEDICAL ) | |
| CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 13, 2005 (Doc. #28), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that defendant Southeast Alabama Medical Center's motion for summary judgment (Doc. #19) is GRANTED and that plaintiff's claims against this defendant are DISMISSED with prejudice.

It is further ORDERED that this matter is referred back to the Magistrate Judge for further proceedings.

DONE this 4th day of May, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE