IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| GARY B. WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 1:03-cv-1203-F |
| | ) |
| SOUTHEAST ALABAMA MEDICAL | ) |
| CENTER, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 28, 2005 (Doc. #29), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that defendant's motion to dismiss (Doc. #21) is GRANTED and that this case is DISMISSED without prejudice pursuant to Fed.R.Civ.P. 37(b)( and 41(b).

DONE this 31st day of May, 2005.

                                                        /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE