IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| GARY B. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:03-cv-1203-F |
| ) | |
| SOUTHEAST ALABAMA MEDICAL ) | |
| CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff and that this action is DISMISSED without prejudice.

DONE this 31st day of May, 2005.

      /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE